# EXHIBIT "A"

Caramelized Onions, Grande Mozzarella, ~~~~~
Signature Roll – 22

## SWEET & SPICY COUNTRY CHICKEN SANDWICH 🌶

Sweet & Spicy Coated Crispy Chicken Breast, Jack's Secret
Sauce, Cabbage Slaw, House-Made Pickles, Brioche Bun – 16

## BRICK-PRESSED CUBANO

Tender Braised Pork, Shaved Aged Serrano Ham,
Gruyère Cheese, Roasted Garlic Dijon Aioli,
House-Made Pickles, Signature Roll – 16

## SALMON AVOCADO PANINI

Thinly-Sliced Seared Atlantic Salmon,
Applewood-Smoked Bacon, Dill Mayonnaise,
Melted Mozzarella, Avocado, Hearty Wheat Roll – 18

*The menu reflects a cash discounted price. If you would like
to opt for the convenience of using a debit/credit card,
a 3.5% credit card fee will be applied.*

